IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Andrea N. Moore | : | No. 14-15386-JKF |
| Debtor | : | |

O R D E R

AND NOW, this        day of              , 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: March 26, 2019**

_____
HONORABLE JEAN K FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

Scott F. Waterman, Esq., Trustee

David M. Offen, Esquire

Andrea N. Moore

PAYROLL CONTROLLER
Mid-Atlantic Family Restaurants, Inc.
2745 Terwood Road
Willow Grove, PA 19090