United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-15386-jkf
Andrea N. Moore                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Mar 26, 2019
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.
db         +Andrea N. Moore,   5412 N Lawrence Street,   Philadelphia, PA 19120-2804
           +Mid-Atlantic Family Restaurants, Inc.,   2745 Terwood Road,   Willow Grove, PA 19090-1437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              DAVID M. OFFEN    on behalf of Debtor Andrea N. Moore dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              HOWARD  GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. kab@jsdc.com,   jnr@jsdc.com
              LESLIE J. RASE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com,   lerase@logs.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE                         :    CHAPTER 13
                              :
Andrea N. Moore               :    No. 14-15386-JKF
     Debtor                   :
```

O R D E R

AND NOW, this          day of              , 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
**Date: March 26, 2019**              HONORABLE JEAN K FITZSIMON
                                      UNITED STATES BANKRUPTCY JUDGE

cc:

Scott F. Waterman, Esq., Trustee

David M. Offen, Esquire

Andrea N. Moore

PAYROLL CONTROLLER
Mid-Atlantic Family Restaurants, Inc.
2745 Terwood Road
Willow Grove, PA 19090