United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-15386-jkf
Andrea N. Moore                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Jul 16, 2019
                              Form ID: 138NEW          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
```
db            +Andrea N. Moore,    5412 N Lawrence Street,    Philadelphia, PA 19120-2804
cr            +NATIONSTAR MORTGAGE LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
13523245      +Bank of America, N.A.,    PO Box 5170,    Simi Valley, CA 93062-5170
13340766      +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13409291      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13345306      +Citizens Auto Finance Inc.,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13375705     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,    PO Box 62180,
                 Colorado Springs, CO  80962)
13340768       Firstpoint Coll Reso,    Roanoke, VA 24018
13340769      +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
13340770     #+Interstate Credit & Co,    21 W Fornance St,    Norristown, PA 19401-3300
13340771      +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13370139      +Lakeview Loan Servicing, LLC,    M&T Bank,    Attn: Bev Inglalsbe,    1100 Wehrle Drive,
                 Williamsville, NY 14221-7748
13994904     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,,    Dallas, TX 752261-9741)
13340773      +Park Waverly,    155 E. Godfrey Avenue,    Philadelphia, PA 19120-4701
13340775       Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13340776      +Rbs Citizens Na,    480 Jefferson Blvd,    Warwick, RI 02886-1359
13367187      +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13340778      +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13340781      +Veronica Walden,    155 E. Godfrey Avenue, Apt. E-103,    Philadelphia, PA 19120-4723
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jul 17 2019 03:23:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept.,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2019 03:22:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2019 03:23:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 03:21:01     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13340764      +E-mail/Text: kristin.villneauve@allianceoneinc.com Jul 17 2019 03:22:34     Allianceone,
                 1684 Woodlands Dr Ste 15,    Maumee, OH 43537-4093
13351666       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2019 03:21:18
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13390714       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2019 03:31:40
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13340765      +E-mail/Text: bsimmons@amsher.com Jul 17 2019 03:23:27     Amsher Coll,
                 600 Beacon Pkwy We Suite 300,    Birmingham, AL 35209-3114
13426829       E-mail/Text: megan.harper@phila.gov Jul 17 2019 03:23:17     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13340767      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2019 03:22:43     Comenity Bank/Vctrssec,
                 Po Box 182789,    Columbus, OH 43218-2789
13340772       E-mail/Text: camanagement@mtb.com Jul 17 2019 03:22:41     M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
13383946      +E-mail/Text: bankruptcygroup@peco-energy.com Jul 17 2019 03:22:40     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13404895       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 03:21:07
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13340774      +E-mail/Text: bankruptcygroup@peco-energy.com Jul 17 2019 03:22:40     Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13362850       E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2019 03:22:48
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13340777      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 03:21:01     Syncb/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
13355221       E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 03:20:26     Synchrony Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13340780      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 17 2019 03:22:31
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13340782       E-mail/Text: megan.harper@phila.gov Jul 17 2019 03:23:17     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 19
```

```
District/off: 0313-2          User: Randi              Page 2 of 2                  Date Rcvd: Jul 16, 2019
                              Form ID: 138NEW          Total Noticed: 38
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13426301         Wells Fargo Bank,    PO Box 5058,    MAC P6053-021
13340779       ##+Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
                                                                             TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              DAVID M. OFFEN    on behalf of Debtor Andrea N. Moore dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              HOWARD  GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. kab@jsdc.com,    jnr@jsdc.com
              LESLIE J. RASE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com,   lerase@logs.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Andrea N. Moore
    Debtor(s)

Bankruptcy No: 14–15386–jkf
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                          For The Court
                          Timothy B. McGrath
                          Clerk of Court

Dated: 7/16/19

                                    67 – 66
                               Form 138_new